IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC -2 AM 6:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

LISA C. EDWARDS,

    Plaintiff,

vs.    No. 04-3056-B/V

SHELBY COUNTY DIVISION OF
CORRECTION, et al.,

    Defendants.

ORDER OF DISMISSAL

Plaintiff Lisa C. Edwards filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., on December 29, 2004 and paid the civil filing fee. The Court issued an order on April 12, 2005 that, inter alia, dismissed certain parties and claims for lack of subject-matter jurisdiction and directed the plaintiff, within thirty (30) days, to obtain a summons on the complaint for service on the remaining defendant, the Shelby County Division of Correction. The order further stated that "the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order." 04/12/05 Order at 4.

To date, the plaintiff has failed to obtain a summons in this action. The time limit for service on the defendant contained in Fed. R. Civ. P. 4(m) has long since expired. Accordingly, the Court DISMISSES the case without prejudice, pursuant to Fed. R. Civ.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-2-05



P. 41(b), for failure to prosecute, and pursuant to Fed. R. Civ. P. 4(m), for failure to serve the defendant.

IT IS SO ORDERED this 1st day of December, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-03056 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Lisa C. Edwards
6702 Harpeth Cove
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT