UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5  PM 12: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LISA C. EDWARDS,

    Plaintiff,

v.

SHELBY COUNTY DIVISION OF CORRECTION, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 2:04cv3056-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on December 2, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/5/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_[signature] Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-03056 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Lisa C. Edwards
6702 Harpeth Cove
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT